UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>                            Plaintiff,<br><br>   v.<br><br>THRIFT BOOKS LLC AND THRIFT BOOKS GLOBAL, LLC,<br><br>                           Defendants. | Case No. 2:18-cv-01395-RSM<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINES** |

THIS MATTER is before the Court on the Parties' Stipulation and Joint Motion to Extend Deadlines pursuant to Local Civil Rules 7(d)(1) and 10(g). Having considered the Motion and all pleadings and files herein, **IT IS HEREBY ORDERED THAT** the parties' Stipulated Motion is **GRANTED**. The Court sets the following deadlines:

| | **Original Date** | **Proposed Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference | October 24, 2018 | December 14, 2018 |
| Deadline for Defendant to file Answer | October 26, 2018 | December 10, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | October 31, 2018 | December 21, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | November 7, 2018 | January 4, 2019 |

ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINES - 1
Case No. 2:18-cv-01395-RSM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Dated this 25th day of October 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

*Attorney for Defendants,*
*Thrift Books LLC and*
*Thrift Books Global, LLC*

By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*

ORDER GRANTING STIPULATION AND JOINT MOTION TO
EXTEND DEADLINES - 2
Case No. 2:18-cv-01395-RSM

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700