# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>                        Plaintiff,<br><br>   v.<br><br>THRIFT BOOK AND THRIFT BOOKS GLOBAL, LLC,<br><br>                      Defendants. | Civil Action No. C18-1395 RSM<br><br>ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE |

THIS MATTER is before the Court on the Parties' Stipulation and Joint Motion to Extend Deadline pursuant to Local Civil Rules 7(d)(1) and 10(g). Having considered the Motion and all pleadings and files herein**.** IT IS HEREBY ORDERED THAT the Parties' Stipulated Motion is GRANTED. The Court sets the following deadline:

- Landmark will answer or otherwise respond to Thrift Books counterclaims by January 14, 2019.

//

//

ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE- 1
Case No. 2:18-cv-01395-RSM

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770

DATED this 2nd day of January 2019.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

*Attorneys for Defendants*
*Thrift Books LLC and*
*Thrift Books Global, LLC*

ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE- 2
Case No. 2:18-cv-01395-RSM

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770