UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANDMARK TECHNOLOGY, LLC,

Case No. C18-1395 RSM

v.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

THRIFT BOOKS LLC and THRIFT BOOKS GLOBAL, LLC,

Defendants.

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims of the Plaintiff Landmark Technology, LLC. and Defendants Thrift Books LLC and Thrift Books Global, LLC in this case and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims in this suit between Plaintiff Landmark Technology, LLC and Defendants Thrift Books LLC and Thrift Books Global, LLC. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 1
Case No.C18-1395 RSM

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770

1 | that incurred them.

DATED this 27th day of March 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;
rich.black@foster.com;
kevin.ormiston@foster.com

*Attorneys for Defendants*
*Thrift Books LLC and Thrift Books Global, LLC*

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE- 2
Case No.C18-1395 RSM

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770